UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:09-CR-84 |
| | ) | |
| RASHAD TIPTON | ) | EDGAR/CARTER |

## **O R D E R**

On August 4, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant Rashad Tipton's ("Defendant") plea of guilty to Count Four of the Indictment, (b) the Court adjudicate Defendant guilty of the charges set forth in Count Four of the Indictment; and (c) Defendant shall remain in custody pending sentencing in this matter (Doc. 19). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 19) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count Four of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Four of the Indictment; and

(3) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Wednesday, November 18, 2009, at 2:00 pm.**

**SO ORDERED.**

**ENTER this the 3rd day of November, 2009.**

                                          */s/ R. Allan Edgar*
                                        R. ALLAN EDGAR
                                    UNITED STATES DISTRICT JUDGE